DEFENDANT'S EXHIBIT

**B**

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back

# REGISTER OF ACTIONS
## CASE NO. C2026-0464C

| | |
|---|---|
| **Jeffrey Schultz vs. Bank of America, N.A.,Scott & Associates, P.C.** | Case Type: **Civil Case - Other**<br>Date Filed: **04/24/2026**<br>Location: **274th District Court** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **Bank of America, N.A.** | |
| **Defendant** | **Scott & Associates, P.C.** | |
| **Plaintiff** | **Schultz, Jeffrey** | **Thomas J. Bellinder**<br>*Retained*<br>601-487-9340(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 04/24/2026 | **DC ORIGINAL PETITION (OCA)** |
| 04/24/2026 | **REQUEST FOR PROCESS** |
| 04/27/2026 | **CITATION** |
| 04/27/2026 | **CITATION** |
| 04/27/2026 | **Citation** |

| | |
|---|---|
| Schultz, Jeffrey | Unserved |
| Bank of America, N.A. | Unserved |

---

### FINANCIAL INFORMATION

**Plaintiff** Schultz, Jeffrey
Total Financial Assessment 366.00
Total Payments and Credits 366.00
**Balance Due as of 05/22/2026** **0.00**

| | | | | |
|---|---|---|---|---|
| 04/24/2026 | Transaction Assessment | | | 366.00 |
| 04/24/2026 | EFile Electronic Payment - Texfile | Receipt # 2026-235655 | Schultz, Jeffrey | (229.00) |
| 04/24/2026 | State Credit | | | (137.00) |

FILED
C2026-0464C
4/24/2026 9:19 AM
Heather N. Kellar
Comal County
District Clerk
Accepted By:
Jerica Hicks

C2026-0464C

**CAUSE NO. __-_____-__**

|  |  |
|---|---|
| JEFFREY SCHULTZ,<br><br>　　　　　Plaintiff,<br><br>– against–<br><br><br>BANK OF AMERICA, N.A. and<br>SCOTT & ASSOCIATES, P.C.,<br><br>　　　　　Defendants. | IN THE DISTRICT COURT OF<br><br>COMAL COUNTY,<br><br>TEXAS<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Jeffrey Schultz (hereinafter "Plaintiff"), by and through his attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC (hereinafter "Gitmeid), by way of Complaint against Defendants Bank of America, N.A. (hereinafter "BOA") and Scott & Associates, P.C. (hereinafter "Scott"), (collectively "Defendants") hereby alleges as follows:

<u>**INTRODUCTION**</u>

1. This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), the Texas Debt Collection Practices Act, TX FIN § 392, et seq. ("TDCPA") and breach of contract. The FDCPA prohibits debt collectors from engaging in abusive, deceptive, and unfair collection practices. The TDCPA prohibits debt collectors from engaging in abusive, deceptive, and unfair collection practices.

## PARTIES

2. Plaintiff is an adult resident residing in New Braunfels, Texas in Comal County, Texas.

3. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3) of the FDCPA.

4. Defendant BOA is a national financial institution that maintains its principal office in the State of North Carolina located at 100 N Tryon St, Charlotte, North Carolina 28202.

5. Defendant Scott is a law firm that specializes in debt collection and maintains its principal office in the State of Texas at 1120 Metrocrest Drive, Suite 100, Carrollton, TX 75006.

## JURISDICTION AND VENUE

6. This Court has jurisdiction over this controversy because the damages are within the jurisdictional limits of the Court.

7. This Court has personal jurisdiction over Defendants, which are qualified to do business in the State of Texas and/or has appointed a registered agent to accept service of process.

8. Venue is proper in Comal County, Texas, because Plaintiff is domiciled in Comal County, Texas.

9. Pursuant to Tex. Civ. Prac. & Rem. Code § 15.002, venue is proper in this Court as, *inter alia,* the present action has been instituted in the county in which all or a substantial part of the events or omissions giving rise to Plaintiff's claims occurred.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

## FACTUAL ALLEGATIONS

1. On or about December 13, 2024, Plaintiff via his debt settlement representative, National Debt Relief ("NDR") entered into a settlement agreement with BOA through its agent Scott, to settle and close Plaintiff's BOA account ending in 0038 (the "BOA Account").

2. Pursuant to the terms of the settlement, Plaintiff agreed to pay a total of $5,875.00 in monthly installments to resolve the BOA Account. A copy of the settlement agreement is attached hereto as **Exhibit A.**

3. Plaintiff, through NDR, timely made the first ten (10) payments, which cleared and posted pursuant to the settlement agreement.

4. On or about June 19, 2025, Scott advised NDR that Plaintiff's settlement agreement had been broken and that NDR should contact Scott to re-negotiate the BOA Account.

5. That same day, NDR contacted Scott regarding the BOA Account. Scott advised that they could not honor the settlement agreement.

6. On or about July 17, 2025, NDR contacted Scott and were advised that the settlement broke due to the March 2025 payment being returned. However, the March 2025 payment cleared and posted. A copy of the said payment is attached hereto as **Exhibit B**.

7. On or about October 12, 2025, NDR contacted Scott regarding honoring Plaintiff's BOA Account. Scott advised that they cannot honor the settlement agreement and offered a new offer of $4,962.00 in twenty-four (24) payments.

8. Between January 8, 2026, and March 12, 2026, Gitmeid contacted Scott and requested that they honor the settlement agreement. However, settlement talks with Scott had been ongoing but had proven ineffective, as the parties have been unable to reach a resolution.

9. At all times pertinent hereto, Defendants acted by and through their agents, servants and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of Defendants herein.

10. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, negligent and in wanton disregard for federal law and the rights of the Plaintiff herein.

## COUNT 1
### (Violation of the FDCPA)

11. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

12. FDCPA 15 U.S.C. § 1692(f) prohibits the use of unfair or unconscionable practices to collect a debt, including collection of any amount not authorized by the contract or law.

13. FDCPA 15 U.S.C. § 1692e(2)(a) prohibits the false representation of the character, amount, or legal status of any debt.

14. FDCPA 15 U.S.C. § 1692e(10) prohibits any false, misleading, or deceptive representation or means in connection with the collection of a debt.

15. Scott violated provision § 1692(f) of the FDCPA when they unfairly attempted to collect the total amount of $4,962.00 instead of the settlement balance.

16. Scott violated provision § 1692e(2)(a) of the FDCPA when they misrepresented the debt amount as $4,962.00.

17. Scott violated provision § 1692e(10) of the FDCPA when they failed to accept and process the remaining payments in accordance with a valid agreement.

18. Scott violated § 1692e(10) of the FDCPA when they unfairly failed to honor the settlement agreement.

19. Scott violated § 1692e(10) of the FDCPA when they unfairly attempted to renegotiate a settled account.

20. Scott violated § 1692e(10) of the FDCPA when they unfairly misrepresented the debt amount.

21. As a result of the above violations of the FDCPA, Scott is liable to Plaintiff for actual damages, statutory damages, attorney's fees and costs.

### COUNT 2
(Violation of the TDCPA)

22. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth.

23. TX FIN § 392.303(a) prohibits debt collectors from using unfair or unconscionable means to collect a debt. TX FIN § 392.304(a)(8) prohibits the misrepresentation of the character, extent, or amount of a consumer debt. TX FIN § 392.304(a)(19) prohibits debt collectors from using any false representation or deceptive means to collect a debt.

24. Scott violated TX FIN § 392.303(a) when it refused to honor the terms of the settlement agreement.

25. Scott violated TX FIN § 392.303(a) when it unfairly prevented the completion of a valid agreement.

26. Scott violated TX FIN § 392.303(a)(8) when it refused to reinstate the original settlement agreement and attempted to renegotiate the account in question.

27. BOA violated TX FIN § 392.304(a)(19) when it entered into a valid agreement that it did not intend to abide by.

28. BOA violated TX FIN § 392.303(a) when it unfairly prevented the completion of a valid agreement.

29. Defendants knew or should have known that their actions violated the TDCPA. Additionally, Defendants could have taken the steps necessary to bring its actions within compliance with the TDCPA but neglected to do so and failed to adequately review its actions to ensure compliance with said laws.

30. As a result of the above violations of the TDCPA, Defendants are liable for actual damages, attorney's fees, and costs.

### COUNT 3
### (Breach of Contract)

31. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

32. BOA's actions constitute a breach of contract when it failed to honor a valid settlement agreement.

33. BOA's actions constitute a breach of contract when it prevented the completion of a valid settlement agreement.

34. BOA's actions constitute a breach of contract when it failed to accept the remaining payments in accordance with the agreement.

35. As a result of BOA's breach of contract, Plaintiff has suffered actual and monetary damages.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands that judgment be entered against Defendants as follows:

1) That judgment be entered against Scott for actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

2) That judgment be entered against Scott for statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A);

3) That the Court award costs and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3);

4) That judgment be entered against Scott and BOA for actual damages pursuant to TX FIN § 392.403(a)(2);

5) That the Court award costs and reasonable attorney's fees pursuant to TX FIN § 392.403(b);

6) That judgment be entered against BOA for actual and monetary damages accrued by Plaintiff as a result of BOA's breach of contract; and

7) That the Court grant such other and further relief as may be just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Tex. R. Civ. P. 504.1, Plaintiff demands a trial by jury in this action of all issues so triable.

**[REMAINDER OF PAGE BLANK; SIGNATURE PAGE FOLLOWS]**

Dated:  April 24, 2026

Respectfully Submitted,

Thomas J. Bellinder, Esq.
Managing Attorney
Law Offices of Robert S. Gitmeid & Assoc., PLLC
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (212) 226-5081
Fax: (212) 208-2591
thomas.b@gitmeidlaw.com

# EXHIBIT A

# SCOTT & ASSOCIATES

Licensed in AL, CA, DC, MD, NY, PA, SC, TN, TX, & VA
Attorneys at Law
P.O. Box 115220
Carrollton, Texas 75011-5220

California Debt Collection License No. 12242-99

NYS Dept. of Consumer Affairs
Lic. Nos. 2124924 and 39 15121

December 13, 2024

██████████████████

POA for Jeff S. Schultz

██████████████████

## PAYMENT AGREEMENT

| | |
|---|---|
| File No: | ██0511 |
| Creditor: | Bank of America, N.A. |
| Account Number: | ████████████████0038 |
| Case Information: | *Bank of America, N.A. v. Jeff S. Schultz* |
| | Cause No. D224495 |
| | Comal County, TX |
| Balance Due: | $7,955.78 |
| Your Client: | Jeff S. Schultz |

Dear Jeff S. Schultz:

This law firm represents Bank of America, the owner of the Account. You have expressed a desire to resolve this matter and this letter is intended to set forth the terms of our Agreement to do so. In order for this Agreement to be effective, you must sign and return **BOTH** this Agreement and the enclosed Agreed Judgment to our office.

1.   You agree to pay and Bank of America agrees to accept the sum of $5,875.00 to resolve the Account; provided the terms in this Agreement are met. You agree to pay this amount as outlined below:

1)   Total agreement:   $5,875.00
2)   Periodic Payments:   6 monthly payment(s) of $50.00 each, beginning on December 26, 2024 and continuing on the same calendar day of each month thereafter for another 5

---

**This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.**

---

## SCOTT & ASSOCIATES

Payment Agreement/███0511                                                           PA_Judgment
Page 2

|    |              | payment(s), ending on May 26, 2025 |
|----|--------------|-----|
| 3) | Followed by: | 17 |
|    |              | monthly payment(s) of $309.00 each, beginning on June 26, 2025 and continuing on the same calendar day of each month thereafter for another 16 payment(s), ending on October 26, 2026 |
| 4) | Final payment: | 322.00 due on November 26, 2026 |

2.     Your payments must be received by our office on or before the due dates identified above. Failing to make your payments so that they are received by our office on or before the due dates may result in a breach of this Agreement between you and Bank of America and may result in continued litigation without further notice or demand.

3.     Payments can be made by electronic withdrawal from a checking account by calling us at (866) 298-3155 or online at www.scott-ezpay.com. If paying by check through mail, please make your checks payable to Scott & Associates and please mail your checks to Scott & Associates P.O. Box 113297, Carrollton, Texas 75011-3297. To ensure proper credit, please include the following file reference number on your payments and any correspondence with our office: ███0511.

4.     As part of this Agreement, you agree to sign and return the enclosed Agreed Judgment to our office on or before your initial payment due date. <u>You understand that our office will file the Judgment with the Court. This will, unless not accepted by the Court, result in the entry of Judgment against you. Once you have completed the terms of this Agreement, our office will release that Judgment and close the account as satisfied.</u> You also understand that if you fail to return the signed Agreed Judgment to our office on or before the initial payment due date, Bank of America, N.A. may continue with litigation even if you timely make payments under this Agreement. Also, if you stop making payments or breach this Agreement, Bank of America, N.A. may continue with litigation and seek enforcement of the full amount of any Judgment entered by the court, less offsets and credits for payments made. If you sign and return this Agreement AND the enclosed Agreed Judgment timely and comply with the terms set forth herein, then Bank of America, N.A. will not pursue post-judgment remedies and will satisfy the account (and agreed judgment) upon completion of the Payment Plan described on the first page of this Agreement.

5.     As part of this Agreement, you hereby release and discharge Bank of America and Scott & Associates, P.C., as well as all of their respective current and former predecessors, successors, parent entities, affiliates, subsidiaries, and all of their respective agents, employees, officers, directors, shareholders, attorneys, collection agencies and vendors (the "Releasees") from all claims of any kind (including any claims for damages, interest, fees and/or attorney's fees) that you may have with respect to the Account, collection of the Account, any tax reporting relating to the Account, or any other matters between yourself and Releasees, including without limitation, all claims that were asserted or could have been asserted in any litigation of the Account.

6.     As part of this Agreement, you acknowledge that the amount owed on the Account is $7,955.78

Payment Agreement/░░0511                                              PA_Judgment
Page 3

and that Bank of America is the current owner of the Account.  As outlined in this Agreement, you have agreed to pay and Bank of America has agreed to accept $5,875.00 to resolve the Account.

7.      As part of this Agreement, Bank of America agrees to release you of any further claims related to the Account provided you comply with the terms in this Agreement.  Once our office has verified that you have timely made the agreed upon payments, we will release the Judgment.

8.      As part of this Agreement, you agree to keep the terms of this Agreement strictly confidential and that you will not publicly disclose any details or terms related to this Agreement or the Account unless required to do so by law, court order or unless required in seeking professional services.

TAX NOTICE

There may be tax consequences as a result of a settlement.  Please consult a tax professional if you have questions or want advice about any potential tax consequences.

Thank you for working with our office to resolve this matter.  Should you have any questions, please do not hesitate to contact us at (866) 298-3155.

Sincerely,

Scott & Associates
Collections Department

**ACKNOWLEDGED AND AGREED:**

Jeff Schultz (Jan 27, 2025 12:49 CST)

Jeff S. Schultz, Defendant, Defendant

---

**SCOTT & ASSOCIATES**

Tel: (866) 298-3155   •   PO Box 115220, Carrollton, Texas 75011   •   Fax: (866) 890-2128

CAUSE NO. D224495

BANK OF AMERICA, N.A.          IN THE JUSTICE COURT
    Plaintiff,

v.                              PRECINCT 2 PLACE 1

JEFF S. SCHULTZ
    Defendant.                COMAL COUNTY, TEXAS

## AGREED FINAL JUDGMENT

On this date came on for consideration this *Agreed Final Judgment* in the above-styled and numbered cause. The Court has been informed that all matters have been resolved between and among the parties and that the parties have agreed that a final judgment, as set forth herein, should be entered disposing of all issues in this case. The Court, after reviewing the pleadings and any motion before this Court, is of the opinion that this *Agreed Final Judgment* should be entered. This court finds that Plaintiff Bank of America, N.A., is the owner and holder of a Credit Account; the terms of which were breached by the Defendant, and that the damages to Plaintiff for said breach are $7,955.78. Further, the Court finds that Plaintiff is entitled to recover its taxable cost.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that a judgment be entered for the Plaintiff, Bank of America, N.A., and against the Defendant Jeff S. Schultz, in the principal amount of $7,955.78, plus taxable costs, for which let execution issue. Plaintiff hereby waives recovery of post-judgment interest and requests that the court enter zero as the post-judgment interest rate.

Agreed Final Judgment ▇▇▇ 0511)

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all writs and process for the enforcement and collection of this judgment may issue as necessary and that the Officer, including deputies, charged with obeying the command of any such writ or process may do so by any reasonable means necessary to accomplish such task.

If you are an individual (not a company), your money or property may be protected from being taken to pay this judgment. Find out more by visiting www.texaslawhelp.org/exempt-property.
/ Si usted es una persona física (y no una compañía), su dinero o propiedad pudieran estar protegidos de ser embargados como pago de esta deuda decretada en juicio en contra suya. Obtenga mayor información visitando el sitio www.texaslawhelp.org/exempt-property.

You may appeal this judgment by filing a bond, making a cash deposit, or filing a Statement of Inability to Afford Payment of Court Costs within 21 days after this judgment was signed. See Texas Rule of Civil Procedure 506.

**THIS ORDER DISPOSES OF ALL PARTIES AND ALL ISSUES PRESENTED IN THIS CASE AND IS FINAL FOR PURPOSES OF AN APPEAL.**

SIGNED this _____ day of _____, 20___.
(Completed by Judge)


_____
JUDGE PRESIDING

**AGREED AS TO FORM AND ENTRY REQUESTED:**


_____
**ATTORNEY FOR PLAINTIFF**

_____
Jeff (Jul 27, 2025 12:49 CST)
**Jeff S. Schultz, Defendant**


_____

# EXHIBIT B



222 Broadway, 22nd Floor

New York, NY, 10038

929.232.BETR (2387)

www.betrlink.com

# ACH Confirmation

## Item Information

**Originator ABA:** ▮▮▮▮▮▮

**Receiver ABA:** ▮▮▮▮▮▮

**Individual Name:** Jeff S Schultz

**Individual ID No:** ▮▮▮▮▮▮▮▮

**Trace Number:** ▮▮▮▮▮▮▮

**Account Number:** ▮▮5405

**Transaction Code:** ▮

**Amount:** $50.00

**Description:**

## Batch Information

**Company Name:** SCOTTANDASSOCIA

**Service Class:** ▮

**SEC Code:** ▮

**Company Entry Description:** ▮▮▮▮▮▮

**Batch Number:** ▮▮▮

**Company ID:** ▮▮▮▮

**Effective Entry Date:** 03/25/2025

**Settlement Date:** 03/25/2025

## File Entry

▮▮▮▮▮    ▮▮▮▮▮    ▮▮▮

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Thomas Bellinder on behalf of Thomas Bellinder
Bar No. 24098794
thomas.bellinder@bellinderlawfirm.com
Envelope ID: 114058324
Filing Code Description: Petition
Filing Description: Original
Status as of 4/24/2026 2:05 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Thomas Bellinder | | thomas.bellinder@bellinderlawfirm.com | 4/24/2026 9:19:42 AM | NOT SENT |

FILED
C2026-0464C
4/24/2026 9:19 AM
Heather N. Kellar
Comal County
District Clerk
Accepted By:
Jerica Hicks

The Law Offices of
## ROBERT S. GITMEID & ASSOC., PLLC

April 24, 2026

***VIA ELECTRONIC FILING***
Comal County District Clerk
150 N Seguin Avenue, Suite 3009
Braunfels, Texas 78130

      **RE:**    **Jeffrey Schultz v. Bank of America, N.A., Inc., et al.;**
              **In the District Court of Comal County, Texas**
              **Cause No.:** C2026-0464C

Dear Sir or Madam:

    Please allow this letter to serve as Plaintiff's request for the issuance of civil citations in the above-referenced matter and delivered via e-mail to counsel at Thomas.B@gitmeidlaw.com.

    The addresses for the citation are as follows:

Bank of America, N.A.
100 Tryon Street
Charlotte, NC 28202

Scott & Associates, P.C.
1120 Metrocrest Drive
Suite 100
Carrollton, TX 75006

    Thank you for your usual prompt assistance in this matter. Should you have any questions, comments, or concerns, please do not hesitate to contact me.

                      Warmest Regards,

                      */s/ Thomas J. Bellinder*
                      Thomas J. Bellinder, Esq.
                      *Counsel for Plaintiff*

*TJB/Enclosures*

Tel (212) 226-5081           Toll Free (866) 249-1137           Fax (212) 208-2591

**180 Maiden Lane, 27th Floor, New York, New York 10038**
**www.GitmeidLaw.com**

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Thomas Bellinder on behalf of Thomas Bellinder
Bar No. 24098794
thomas.bellinder@bellinderlawfirm.com
Envelope ID: 114058324
Filing Code Description: Petition
Filing Description: Original
Status as of 4/24/2026 2:05 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Thomas Bellinder | | thomas.bellinder@bellinderlawfirm.com | 4/24/2026 9:19:42 AM | NOT SENT |

Copy from re:SearchTX





**CIVIL CITATION**
**THE STATE OF TEXAS**
**C2026-0464C**

**TO:**   **Scott & Associates, P.C.**
**1120 METROCREST DRIVE, STE 100**
**CARROLLTON, TX 75006**

NOTICE TO RESPONDENT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and Original Petition, a default may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org". Said Original Petition was filed in said Court on the 24th day of April, 2026 in this cause, numbered C2026-0464C, on the docket of the 274th District Court, and styled,

**JEFFREY SCHULTZ**
**VS.**
**BANK OF AMERICA, N.A.,SCOTT & ASSOCIATES, P.C.**

ATTORNEY:   THOMAS J. BELLINDER
180 MAIDEN LANE, 27TH FLOOR
NEW YORK, NY 10038

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's **Original Petition**, accompanying this citation, and made a part hereof.

The officer executing this writ shall forthwith serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

Issued and given under my hand and the seal of said court at New Braunfels, Texas, this 27th day of April, 2026 A.D.

HEATHER N. KELLAR
District Clerk of Comal County, Texas
150 N. Seguin Avenue, Suite 3009
New Braunfels, Texas 78130

By:_____
Thomas Fortney, Deputy Clerk

**RETURN OF SERVICE**
**CAUSE NO: C2026-0464C**
JEFFREY SCHULTZ
VS.
BANK OF AMERICA, N.A.,SCOTT & ASSOCIATES, P.C.

Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____ , on the _____ day of _____ , 20_____ .

_____ , Officer

_____ , County, Texas

By: _____ , Deputy

**OFFICER'S RETURN**

Came to hand on the _____ day of _____ , 20_____ , at _____ o'clock _____M., and executed in _____ County, Texas, by delivering to each of the within named defendants, in person, a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|------|------|------|------------------------------------------|
|      |      |      |                                          |
|      |      |      |                                          |

And not executed as to the defendant, _____the diligence used in finding said defendant, being: _____
and the cause or failure to execute this process is: _____
and the information received as to the whereabouts of said defendant(s) being:
_____

FEES-Serving Petition and Copy $65.00

_____ , Officer
_____ , County, Texas
By: _____ , Deputy
_____ , Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT**

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
" My name is _____ , my date of birth is _____ , and my address is _____
        (First, Middle, Last)
_____ .
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____County, State of _____ , on the _____day of _____ .


_____          _____
Declarant/Authorized Process Server                 (ID # & expiration of certification)
SUBSCRIBED AND SWORN TO BEFORE ME by the said _____this _____day of _____ 20_____ to certify which witness my hand and seal of office.


_____
Notary Public, State of Texas
Notary's Name Printed: _____
My commission expires: _____

Copy from re:SearchTX





### NOTICE TO SERVE NON-RESIDENT DEFENDANT
### THE STATE OF TEXAS
### C2026-0464C

**TO:**    **Bank of America, N.A.**
          **100 TYRON ST**
          **CHARLOTTE, NC 28202**

Defendant, Greeting:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorneys do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org".

Said Plaintiff's **Original> Petition** was filed on the 24th day of April, 2026.

The file number of said suit being No. C2026-0464C.

The style of the case is

### JEFFREY SCHULTZ
### VS.
### BANK OF AMERICA, N.A.,SCOTT & ASSOCIATES, P.C.

ATTORNEY FOR PLAINTIFF:    THOMAS J. BELLINDER
                             180 MAIDEN LANE, 27TH FLOOR
                             NEW YORK, NY 10038

A copy of plaintiff's petition accompanies this notice.

ISSUED this 27th day of April, 2026 A.D.

HEATHER N. KELLAR
District Clerk of Comal County, Texas
150 N. Seguin Avenue, Suite 3009
New Braunfels, Texas 78130

By:_____
          Thomas Fortney, Deputy Clerk

## RETURN OF SERVICE
### CAUSE NO: C2026-0464C
### JEFFREY SCHULTZ
### VS.
### BANK OF AMERICA, N.A.,SCOTT & ASSOCIATES, P.C.

Executed when copy is delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the ____ day of _____, 20_____.

_____, Officer

_____, County, Texas

By: _____, Deputy

### OFFICER'S RETURN

Came to hand on the _____day of _____, 20_____, at_____ o'clock ____M., and executed in _____ County, Texas, by delivering to each of the within named defendants, in person, a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

And not executed as to the defendant, _____the diligence used in finding said defendant, being: _____
and the cause or failure to execute this process is: _____
and the information received as to the whereabouts of said defendant(s) being:

_____

FEES-Serving Petition and Copy $85.00

_____, Officer
_____, County, Texas
By: _____, Deputy
_____, Affiant

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

" My name is _____, my date of birth is _____, and my address is _____
(First, Middle, Last)

_____.
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____County, State of _____, on the _____day of _____.

_____          _____
Declarant/Authorized Process Server          (ID # & expiration of certification)

SUBSCRIBED AND SWORN TO BEFORE ME by the said _____this _____day of _____ 20_____to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas
Notary's Name Printed: _____
My commission expires: _____